**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET MIRANDA,<br><br>        Plaintiff,<br><br>  v.<br><br>KENNETH SALAZAR,<br>SECRETARY OF INTERIOR,<br>AND UNITED STATES<br>DEPARTMENT OF INTERIOR,<br><br>        Defendants. | Case No. EDCV 12-02216-VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: July 3, 2013

                            VIRGINIA A. PHILLIPS
                            United States District Judge